# EXHIBIT B

Research by Samy Kamkar
samy@samy.pl
http://samy.pl
August 23, 2011
Updated: August 27, 2011

Summary:
When using the prepackaged "Camera" application on a mobile phone running
Windows Phone 7, upon initially accessing the Camera application, the phones asks
whether you wish to share your location. When hitting "cancel" to prevent your
location information from being shared, the phone continues to intermittently
transmit information from wifi networks and cellular towers to a host owned by
Microsoft Corporation leading to the user's location.

In addition, the phone begins sending location information while the location
sharing dialog is open before the user has a chance to allow or disallow the sharing
of this location information.

**Tests performed on:**
Phone model: Samsung Omnia 7
Software: Windows Phone 7
OS Version: 7.0.7004.0
Firmware revision number: 2424.10.11.4
Hardware revision number: 3.15.0.4
Radio software version: 2424.10.11.1
Radio hardware version: 0.0.0.800
Bootloader version: 4.11.2.6
Chip SOC version: 0.36.2.0
SIM card carrier: AT&T
Physical location of the device during tests:
1140 N. Formosa Avenue
West Hollywood CA 90046

Additionally, tests were confirmed on a separate mobile device using a newer
version of the OS and firmware:
Phone model: Samsun Omnia 7
Software: Windows Phone 7
OS Version: 7.0.7392.0
Firmware revision number: 2424.11.1.1
Hardware revision number: 3.15.0.4
Radio software version: 2424.11.1.1
Radio hardware version: 0.0.0.800
Bootloader version: 4.1.0.5
Chip SOC version: 0.36.2.0

When using the default Camera application on the Windows Phone 7 software for the first time, as well as after a full reset of all configuration settings, the software asks the following:
"Allow the camera to use your location? Sharing this information will add a location tag to your pictures so you can see where your pictures were taken. This information also helps us provide you with improved location services. We won't use the information to identify or contact you. Privacy Statement." The user is given the option to "allow" or "cancel."

While this prompt is displayed, the phone is already sending information regarding the user's location consistently, and is slightly unexpected behavior.

If the user hits "allow", the phone continues to the camera application and continues to send location info, as expected.

However, if the user hits "cancel", the phone continues to the camera application, however will intermittently send location information to a domain owned by Microsoft Corporation.

Here are two example packets that were sent while the phone was set to not transmit location information (after hitting "cancel" to the location sharing dialog):

HTTPS request to inference.location.live.net:443:

```
POST /inferenceservice/v21/pox/GetTileUsingPosition
HTTP/1.1
Accept: */*
Accept-Language: hu-HU
Content-Type: application/xml; charset=utf-8
UA-CPU: ARM
Accept-Encoding: gzip, deflate
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT
5.1)
Host: inference.location.live.net
Content-Length: 1014
Connection: Keep-Alive
Cache-Control: no-cache
```

```
<?xml version="1.0" encoding="UTF-8"?><GetTileUsingPosition
xmlns="http://inference.location.live.com"
xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xmlns:xsd="http://www.w3.org/2001/XMLSchema"><RequestHeader
><ApplicationId>00000001-7eba-4f0d-82e5-
8f88bd1c2e8c</ApplicationId><DeviceProfile DeviceType="WM7"
ClientGuid="f842a4f5-34df-1ed4-7d13-72d6f9ff94fc"
OSVersion="7.0.7004.WM7_7_0_Ship(mojobld).20100916-1429"
```

```
LFVersion="2.0" ExtendedDeviceInfo="SAMSUNG/OMNIA7"
Platform="SAMSUNG Electronics/SAMSUNG
MITs/I8700XXJK1/35367904137101801"
DeviceId="f5a442f8df34d41e7d1372d6f9ff94fcfe36b56f"/><Autho
rization/><TrackingId>6a1089a6-1d8b-5cf9-56b1-
70499a23c6ab</TrackingId><Timestamp>2011-06-
28T19:15:19.113-
08:00</Timestamp></RequestHeader><TileParameters
TileSizeInBytes="100000" BlobType="Wm7Hash1XmlText"
DeltaType="Complete" IncludeTileData="Complete"
BeaconGroupMask="Gsm"/><Position Latitude="34.0907297"
Longitude="-118.3485880" Altitude="0"/><OperatorId
mcc="310" mnc="410"/></GetTileUsingPosition>
```

Notice the latitude and longitude sent. Additionally, cell tower information (mcc, mnc) were sent which can also lead to geolocation information.

A separate HTTPS packet sent to inference.location.live.net:443:

```
POST /inferenceservice/v21/pox/GetLocationUsingFingerprint
HTTP/1.1
Accept: */*
Accept-Language: hu-HU
Content-Type: application/xml; charset=utf-8
UA-CPU: ARM
Accept-Encoding: gzip, deflate
User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT
5.1)
Host: inference.location.live.net
Content-Length: 1160
Connection: Keep-Alive
Cache-Control: no-cache

<?xml version="1.0" encoding="UTF-
8"?><GetLocationUsingFingerprint
xmlns="http://inference.location.live.com"
xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xmlns:xsd="http://www.w3.org/2001/XMLSchema"><RequestHeader
><ApplicationId>00000001-7eba-4f0d-82e5-
8f88bd1c2e8c</ApplicationId><DeviceProfile DeviceType="WM7"
ClientGuid="f842a4f5-34df-1ed4-7d13-72d6f9ff94fc"
OSVersion="7.0.7004.WM7_7_0_Ship(mojobld).20100916-1429"
LFVersion="2.0" ExtendedDeviceInfo="SAMSUNG/OMNIA7"
Platform="SAMSUNG Electronics/SAMSUNG
MITs/I8700XXJK1/35367904137101801"
DeviceId="f5a442f8df34d41e7d1372d6f9ff94fcfe36b56f"/><Autho
rization/><TrackingId>9dcb10b0-b514-4d1e-1bcb-
```

```
75eed4376441</TrackingId><Timestamp>2011-06-
28T19:15:08.240-
08:00</Timestamp></RequestHeader><BeaconFingerprint><Detect
ions><Gsm7 mcc="310" mnc="410" cid="11202" lac="55047"
arfcn="0" baseid="0" rx="0" ta="0"/><Wifi7
BssId="16:9a:dd:84:4e:b7" rssi="-65"/><Wifi7
BssId="10:9a:dd:84:4e:b7" rssi="-67"/><Wifi7
BssId="30:46:9a:44:be:53" rssi="-85"/><Wifi7
BssId="00:16:b6:dc:99:e4" rssi="-87"/><Wifi7
BssId="00:1e:8c:cd:0e:59" rssi="-
91"/></Detections></BeaconFingerprint></GetLocationUsingFin
gerprint>
```

**In these packets, we can see some interesting information:**

ApplicationID: 00000001-7eba-4f0d-82e5-8f88bd1c2e8c
This appears to be a unique identifier for the application being used, however remained the same across two different mobile devices.

ClientGuid: f842a4f5-34df-1ed4-7d13-72d6f9ff94fc
This appears to be a unique identifier to the mobile device being used and remains static across all requests.

ExtendedDeviceInfo: SAMSUNG/OMNIA7
The type of phone (hardware) being used.

DeviceType: WM7
The mobile operating system being used.

OSVersion: 7.0.7004.WM7_7.0_Ship(mojobld).20100916-1429
The version of the mobile operating system being used.

Platform: SAMSUNG Electronics/SAMSUNG
MITs/I8700XXJK1/35367904137101801
Additional information on the mobile device (hardware) being used.

DeviceId: f5a442f8df34d41e7d1372d6f9ff94fcfe36b56f
Another unique identifier of the phone which remains constant in all packets sent.

TrackingId: 6a1089a6-1d8b-5cf9-56b1-70499a23c6ab
A tracking identifier that seems to be related to uniquely identifying the packet. This changes in each tracking request.

Timestamp: 2011-06-28T19:15:19.113-08:00
A timestamp of when the phone found this tracking information, allowing the
remote side to know at what point in time the device was at this location.

Latitude: 34.0907297
Longitude: -118.3485880
Approximate latitude and longitude coordinates of the phone.

Mcc: 310
Mnc: 410
Cid: 11202
Lac: 55047
Cellular tower information which can also help lead to the location of the mobile
device.

BssId="16:9a:dd:84:4e:b7" rssi="-65"
BssId="10:9a:dd:84:4e:b7" rssi="-67"
BssId="30:46:9a:44:be:53" rssi="-85"
BssId="00:16:b6:dc:99:e4" rssi="-87"
BssId="00:1e:8c:cd:0e:59" rssi="-91"
Wireless router MAC addresses (BSSIDs), unique to every router in the world, along
with RSSI, or signal strength information. This allows them to correlate the routers
with location, as well as using the signal strength information to help triangulate a
more accurate position of the user.

The Windows Mobile operating system is clearly sending information that can lead
to accurate location information of the mobile device regardless of whether the user
allowed the Camera application to share location information or not.

Application screen where the "Camera" can be accessed:



First time using the "Camera" application:



Screenshot of the "Settings->about" screen:

