The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU, individually on her own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>                    Defendant. | No. 11-cv-01438-JCC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE<br><br>*Noted for Consideration:*<br>September 27, 2011 |

## I. STIPULATION

Plaintiff Rebecca Cousineau and Defendant Microsoft Corporation, through their undersigned counsel, stipulate and agree as follows:

1. On August 31, 2011, Cousineau filed her Complaint against Microsoft.

2. Cousineau served her complaint on Microsoft on September 8, 2011. Absent an extension of time, Fed. R. Civ. P. 12(a)(1)(A)(i) would require Microsoft to answer, move or otherwise respond to the Complaint on or before September 29, 2011.

3. To allow Microsoft's counsel adequate time to investigate and research the allegations of the Complaint, Microsoft has requested an extension of time within which to answer, move or otherwise respond. Cousineau's counsel has agreed to that request.

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE
AGAINST COMPLAINT AND ESTABLISHING BREIFING SCHEDULE
(11-cv-01438-JCC) – 1
DWT 18258533v2 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206)622-3150· Fax: (206) 757-7700

4.  Based on the foregoing, the parties hereby stipulate and agree that the time for Microsoft to answer, move or otherwise respond to the Complaint in this action should be extended to and including October 24, 2011.

5.  Microsoft has advised counsel for Cousineau that it currently intends to move to dismiss the Complaint.  Should Microsoft file a motion to dismiss on or before October 24, 2011, Cousineau's response to that motion will be due on or before November 23, 2011, and Microsoft's reply shall be due on or before December 9, 2011.  The motion shall be noted for consideration on December 9, 2011.

DATED this 27th day of September, 2011.

EDELSON McGUIRE, LLC

By  /s/ Jay Edelson
    Jay Edelson (admitted *pro hac vice*)
    Rafey S. Balabanian (admitted *pro hac vice*)
    William C. Gray (admitted *pro hac vice*)
    Ari J. Scharg (admitted *pro hac vice*)
    350 North LaSalle Street, Suite 1300
    Chicago, Illinois  60654
    Telephone:  (312) 589-6370, Fax:  (312) 589-637
    E-mail:  jedelson@edelson.com
    E-mail:  rbalabanian@edelson.com
    E-mail:  wgray@edelson.com
    E-mail:  ascharg@edelson.com

TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
Telephone: (206) 682-5600, Fax:  (206) 682-2992
E-mail:  kstephens@tousley.com

*Attorneys for Plaintiff Cousineau*

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE
AGAINST COMPLAINT AND ESTABLISHING BREIFING SCHEDULE
(11-cv-01438-JCC) – 2
DWT 18258533v2 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206)622-3150· Fax: (206) 757-7700

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Microsoft Corporation*

By  */s/ Stephen M. Rummage*
     Stephen M. Rummage, WSBA #11168
     Fred B. Burnside, WSBA #32491
     Randal L. Gainer, WSBA #11823
     Zana Bugaighis, WSBA #43614
     1201 Third Avenue, Suite 2200
     Seattle, Washington 98101-3045
     Telephone: (206) 622-3150, Fax: (206) 757-7700
     E-mail: steverummage@dwt.com
     E-mail: fredburnside@dwt.com
     E-mail: randygainer@dwt.com
     E-mail: zanabugaighis@dwt.com

## II.  ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2011.

_____
John C. Coughenour
United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE
AGAINST COMPLAINT AND ESTABLISHING BREIFING SCHEDULE
(11-cv-01438-JCC) – 3
DWT 18258533v2 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206)622-3150· Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 27th day of September, 2011.

>
> Davis Wright Tremaine LLP
> *Attorneys for Def. Microsoft Corporation*
>
> By *s/ Stephen M. Rummage*
>    Stephen M. Rummage, WSBA #11168
>    1201 Third Avenue, Suite 2200
>    Seattle, Washington  98101-3045
>    Telephone:  (206) 757-8136
>    Fax:  (206) 757-7700
>    E-mail:  steverummage@dwt.com

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT AND ESTABLISHING BREIFING SCHEDULE (11-cv-01438-JCC) – 4
DWT 18258533v2 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206)622-3150·  Fax: (206) 757-7700