The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU, individually on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Defendant. | No. 11-01438-JCC<br><br>[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT |

THIS MATTER came before the Court on Microsoft Corporation's Motion to Dismiss Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).  The Court, having considered the papers submitted in support of and opposition to this motion, and having heard argument of counsel, finds that the motion should be granted.

Now, therefore, it is hereby ORDERED that Microsoft Corporation's Motion to Dismiss Amended Complaint is granted.

The Amended Complaint is dismissed in its entirety with prejudice.

DATED this _____ day of _____, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION TO DISMISS (11-01438-JCC) – 1
DWT 18589524v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Presented By:

Davis Wright Tremaine LLP
*Attorneys for Defendant Microsoft Corporation*


By *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Fred B. Burnside, WSBA #32491
    Randal L. Gainer, WSBA #11823
    Zana Bugaighis, WSBA #43614
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
           fredburnside@dwt.com
           randygainer@dwt.com
           zanabugaighis@dwt.com

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION TO DISMISS (11-01438-JCC) – 2
DWT 18589524v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 18th day of November, 2011.

>                            Davis Wright Tremaine LLP
>                            *Attorneys for Def. Microsoft Corporation*
>
>                            By *s/ Stephen M. Rummage*
>                                Stephen M. Rummage, WSBA #11168
>                                1201 Third Avenue, Suite 2200
>                                Seattle, Washington  98101-3045
>                                Telephone:  (206) 757-8136
>                                Fax:  (206) 757-7700
>                                E-mail:  steverummage@dwt.com

ORDER GRANTING MICROSOFT CORPORATION'S
MOTION TO DISMISS (11-01438-JCC) – 3
DWT 18589524v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700