The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU, individually on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 11-cv-01438-JCC<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT SCHEDULING ORDER**<br><br>*Noted for Consideration:*<br>February 14, 2012 |

## STIPULATION

As the Court requested at a status conference held on February 7, 2012, the parties stipulate to the following case schedule:

1. Plaintiff's Motion for Class Certification:　　　　　　　　　　　August 13, 2012

2. Microsoft's Opposition to Class Certification:

　　a. If Plaintiffs do not support Motion with expert:　　　　September 12, 2012

　　b. If Plaintiffs support Motion with expert report:　　　　October 12, 2012

3. Plaintiff's Reply on Class Certification:

　　a. If Microsoft does not support Opp. with expert:　　　　October 2, 2012

　　b. If Microsoft supports Opp. with expert report:　　　　November 26, 2012

4. Mediation (LR 39.1)–within 45 days of decision on class motion:　TBD

5. Non-expert Discovery Closes:　　　　　　　　　　　　　　　March 29, 2013

STIP. AND [PROPOSED] CASE MANAGEMENT — 1
SCHEDULING ORDER (No. 11-cv-01438-JCC)
DWT 18999596v3 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | | |
|---|---|---|
| 1 | 6. Plaintiff's Expert Reports Disclosed (FRCP 26(a)(2)) | April 15, 2013 |
| 2 | 7. Defendant's Expert Reports Disclosed (FRCP 26(a)(2)) | June 14, 2013 |
| 3 | 8. Plaintiff's Rebuttal Expert Reports Disclosed (FRCP 26(a)(2)) | June 28, 2013 |
| 4 | 9. Expert Discovery Closes (120 days before trial): | July 5, 2013 |
| 5 | 10. Dispositive Motion Cutoff (90 days before trial): | August 5, 2013 |
| 6 | 11. Pltf. Pretrial Statement (30 days before Prop. Pretrial Order): | September 6, 2013 |
| 7 | 12. Def. Pretrial Statement (20 days before Prop. Pretrial Order): | September 16, 2013 |
| 8 | 13. Proposed Pretrial Order (30 days before trial): | October 7, 2013 |
| 9 | 14. Trial (5-10 days): | November 4, 2013 |

STIPULATED AND AGREED this 14th day of February, 2011.

**EDELSON MCGUIRE LLC**

By */s/ Rafey S. Balabanian*
Jay Edelson*
Rafey S. Balabanian*
Ari J. Scharg*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
*Admitted *pro hac vice*

Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com

*Counsel for Rebecca Cousineau and the Putative Class*

STIP. AND [PROPOSED] CASE MANAGEMENT — 2
SCHEDULING ORDER (No. 11-cv-01438-JCC)
DWT 18999596v3 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Microsoft Corporation*

By  */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Fred B. Burnside, WSBA #32491
    Randal L. Gainer, WSBA #11823
    Zana Bugaighis, WSBA #43614
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone: (206) 622-3150, Fax: (206) 757-7700
    E-mail:  steverummage@dwt.com
    E-mail:  fredburnside@dwt.com
    E-mail:  randygainer@dwt.com
    E-mail:  zanabugaighis@dwt.com

**ORDER**

IT IS SO ORDERED.

The parties shall adhere to the schedule set forth in the foregoing stipulation.

Dated:  February ___ , 2012.

_____
John C. Coughenour
United States District Judge

STIP. AND [PROPOSED] CASE MANAGEMENT — 3
SCHEDULING ORDER (No. 11-cv-01438-JCC)
DWT 18999596v3 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

1

2   I hereby certify that on February 14, 2012, the foregoing Stipulation and Proposed Order

3   Regarding Pretrial Deadlines was electronically filed with the Clerk of the Court using the

4   CM/ECF system which will send notification of such filing to all counsel of record who receive

5   CM/ECF notification, and that the remaining parties (if any) shall be served in accordance with the

6   Federal Rules of Civil Procedure.

7   DATED this ____ day of February, 2012.

8
                                        DAVIS WRIGHT TREMAINE LLP
                                        *Attorneys for Def. Microsoft Corporation*

9

10                                      By *s/ Stephen M. Rummage*
                                          Stephen M. Rummage, WSBA #11168
11                                        1201 Third Avenue, Suite 2200
                                          Seattle, Washington  98101-3045
12                                        Telephone:  (206) 757-8136
                                          Fax:  (206) 757-7700
                                          E-mail:  steverummage@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. AND [PROPOSED] CASE MANAGEMENT — 4
SCHEDULING ORDER (No. 11-cv-01438-JCC)

DWT 18999596v3 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700