THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU,<br><br>         Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | CASE NO. C11-1438-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Microsoft's motion for protective order staying discovery pending resolution of its motion to dismiss (Dkt. No. 33).  Finding good cause, the Court GRANTS the motion.  Discovery shall be STAYED until the Court rules on Microsoft's motion to dismiss.

DATED this 3rd day of April 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk