The Honorable John Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU, individually on her own behalf and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>     Defendant. | No. 2:11-cv-01438-JCC<br><br>[PROPOSED]<br><br>ORDER ON MOTION TO SEAL [DKT NO. 68] |

This matter came before the Court on Plaintiff's Motion to Seal Pursuant to Local Civil Rule 5(g) [Dkt. No. 68]. Plaintiff moved to seal and filed under seal the following documents:

- Plaintiff's unredacted Motion for Class Certification [Dkt. 70];

- Exhibits A, B, C, D, E, F, G, H, I, J, N, and O to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification [Dkt. 72-1–72-4, 72-7–72-20, 72-24, 72-25]. *See also* Dkt. 74, 75, 76, 77 ("corrected" Exhibits A, B, D and N).

ORDER ON MOTION TO SEAL
(2:11-cv-01438-JCC) – 1
DWT 22360680v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

The Court has considered the papers filed in support of and in response to the relief requested in Plaintiff's motion, and the pleadings and file in this case.  Based on these materials, the Court hereby ORDERS as follows:

1. The Clerk is directed to *maintain under seal* Exhibits A, B, C, G, H, and N to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification [Dkt. Nos. 72-1–72-3, 72-17–72-18, 72-24, 74, 75, 77].

2. The Clerk is directed to *maintain under seal* Exhibits D-B1 – D-B8 to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification [Dkt. Nos. 72-7 – 72-14].

3. The Clerk is directed to *unseal* and file for public record the unredacted version of Plaintiff's Motion for Class Certification [Dkt. 70].

4. The Clerk is directed to *unseal* and file for public record Exhibits E, J and O to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification [Dkt. Nos. 72-15, 72-20, and 72-25].

5. Plaintiff is directed to *file for public record* redacted versions of Exhibits D, F and I to the Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Class Certification [Dkt. Nos. 72-4, 72-16, 72-19, 76], obscuring the information highlighted in the Exhibits to the Declaration of Cristina del Amo Casado in Response to Plaintiff's Motion to Seal Pursuant to Local Civil Rule 5(g).

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
The Honorable John C. Coughenour
United States District Judge

ORDER ON MOTION TO SEAL
(2:11-cv-01438-JCC) – 2
DWT 22360680v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  Fax: (206) 757-7700

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Defendant Microsoft Corporation*

3

4  By: *s/ Fred B. Burnside*
   Stephen M. Rummage, WSBA #11168
   Fred B. Burnside, WSBA #32491
5  Randal L. Gainer, WSBA #11823
   Zana Bugaighis, WSBA #43614
6  1201 Third Avenue, Suite 2200
   Seattle, Washington  98101-3045
7  Telephone: (206) 622-3150, Fax: (206) 757-7700
   E-mail:  steverummage@dwt.com
8  E-mail:  fredburnside@dwt.com
   E-mail:  randygainer@dwt.com
9  E-mail:  zanabugaighis@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER ON MOTION TO SEAL
    (2:11-cv-01438-JCC)  – 3
    DWT 22360680v1 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
(206) 622-3150  Fax: (206) 757-7700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 21st day of August, 2013.

        Davis Wright Tremaine LLP
        *Attorneys for Def. Microsoft Corporation*

        By: *s/ Fred B. Burnside*
           Fred B. Burnside, WSBA #32491
           1201 Third Avenue, Suite 2200
           Seattle, Washington  98101-3045
           Telephone:  (206) 622-3150
           Fax:  (206) 757-7700
           E-mail:  fredburnside@dwt.com

ORDER ON MOTION TO SEAL
(2:11-cv-01438-JCC)  – 4
DWT 22360680v1 0025936-001471