The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA COUSINEAU, individually on her own behalf and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>  Defendant. | No. 2:11-cv-01438-JCC<br><br>DECLARATION OF CRISTINA DEL AMO CASADO IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>*Noted for Consideration*:<br>November 8, 2013 |

I, Cristina del Amo Casado, declare as follows:

1. ***Identity of Declarant.***  I am employed by Microsoft Corporation ("Microsoft") in Redmond, Washington, where I have worked since February 2006. My current title at Microsoft is Principal Program Manager, Windows Phone. (Until recently, I was Senior Program Manager, Windows Phone. My position and responsibilities did not change with the change in title.) I have responsibility for the program management function for the Location Team (which developed location services features for Windows Phone 7), and I have had that responsibility since November 2010.

2. ***Familiarity with Issues in Dispute.***  This case involves Windows Phone 7, an operating system for mobile phones. I assumed my current responsibilities shortly after Microsoft released Windows Phone 7 in fall 2010. In my program management role on the

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 1
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Windows Phone Location Team, I have been deeply involved in developing the specifications for location services in Windows Phone 7.5, which Microsoft released in September 2011 as an update to Windows Phone 7, and Windows Phone 8.  As a result of my work, I am familiar with how Windows Phone applications—including the Windows Phone Camera application—communicate with the location framework on the Windows Phone device and how a Windows Phone device communicates, if necessary, with the Microsoft servers that provide location services.  (Location framework refers to a stack of software components in Windows Phone 7, which reside on the phone itself and make the phone's use of location possible.  Once the Windows Phone 7 software is loaded onto the phone, the software logic dictates how the location framework functions; Microsoft has no ongoing control over the location framework on the phone.)  I am also familiar with how the location framework resolves location requests it receives from applications on the Windows Phone, as well as the process through which Microsoft crowd sources location information to its servers to improve the location services it makes available to Windows Phone users.

3. *Location Services Available on Smartphones.*  Most modern smartphones offer users the opportunity to take advantage of location services, which use the device's location to deliver improved services and experiences to users.  For example, location data makes it possible to provide mapping and navigation services, to facilitate delivery of more relevant search results, to provide information such as local movie options and directions to the nearest restaurant or coffee shop, and to allow a user to find nearby friends.  Windows Phone 7 itself includes several applications that, with the user's consent, allow the user to take advantage of location services, including Maps, which can use location services to Map the user's current location and provide directions to another location; Camera, which can use location services to put a location tag on photos for future reference; Search, which can use location services to deliver search results tailored to the user's location; and Find My Phone, through which location services help a user locate a misplaced phone.  Windows Phone 7 users can also download third-party applications (i.e., applications developed by companies other than Microsoft) that take

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 2
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

advantage of location services, such as games or commercial applications providing information on services near the user's location.

4.  *Location Settings.*  A Windows Phone 7 device generally allows an application to access location services *only* if the user leaves the master switch for location services "on" within the Settings menu.  (The one exception to this general rule is the Find My Phone application, discussed below, which can access the phone's location even when the master location switch is turned "off.")  When the user purchases a phone that runs Windows Phone 7, the master location setting is "on."  If the user turns location services "off," applications on the device (except for Find My Phone) cannot access the phone's location.  A user can turn location services "off" by going to the Settings menu, selecting "location," and then tapping the screen to turn "location" from "on" to "off."  Users can turn the master location switch "on" and "off" as often as they like, depending on their preferences at any given time.  But even if a user leaves the master switch "on," Microsoft designed Windows Phone 7 so the user still can block the use of location services by a particular first-party application (i.e., an application, such as Maps, developed by Microsoft and loaded onto the phone along with the Windows Phone 7 software).

5.  *Location Framework.*  When the master switch for location services has been turned "on" in the Windows Phone 7 Settings, and a user opens an application designed to use location services, the application will "call" the location framework on the phone itself and request the phone's location.  This initial call does not go to the Microsoft cloud-based location service, known as Orion; it simply goes from one software component loaded on the phone (the application) to another software component loaded on the phone (the location framework).  The location framework then applies logic, defined by the highly confidential source code for the location framework, to obtain location information for the application and to return a location result to the application for its use.  In this Declaration, I will describe generally how the location framework on the phone resolves location requests from applications, including the Camera.

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 3
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

6. *Methods of Resolving Location.* In general, the location framework on the phone can resolve a location request in three ways. First, the location framework may contact other components on the Windows Phone 7 device and obtain a GPS (i.e., global positioning system) fix for the phone's location. Second, the location framework may request an approximate location from Orion, Microsoft's cloud-based location service. Third, the Windows Phone 7 software may resolve location requests by referring to location data stored on the phone in connection with a previous location request to the Orion service.

7. *GPS Location Fixes.* A GPS fix is the most accurate way to determine location—but it takes the longest time (in some circumstances, up to 45 seconds), and it consumes more power and data resources than the other two methods. When location framework resolves location requests using GPS, it does not transmit location information off the device to any third party, including Microsoft, in resolving the location request. Instead, to obtain a GPS fix, the location framework on the phone sends the location request to the GPS engine on the phone. The GPS engine receives signals from orbiting GPS satellites, and it calculates the phone's precise location based on the satellite signals. Windows Phone 7 uses "assisted GPS," which uses external data identifying available GPS satellites and their position to speed up the process of obtaining a GPS fix. But like standard GPS, assisted GPS does not require the transmission of any location data off the phone to obtain a GPS fix. I understand the process of obtaining a GPS fix is not the focus of this lawsuit.

8. *Beacons*. Resolving location through the other two methods, i.e., using Microsoft's Orion location service and using location data stored in memory on the phone, involves the process of inferring location based on WiFi access points (such as wireless internet routers in a home wireless network or a business) and mobile phone cell towers observed as being near the phone. Microsoft refers to WiFi access points and cell towers as "beacons" because they give off signals the Windows Phone 7 device can "see" and use to infer an approximate location. When an application sends a location request to the location framework, the framework determines what beacons it can see. The beacons have unique identifiers. The

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 4
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

location framework uses those identifiers in an effort to find location information associated with the beacons it sees.  (If the application asks only for a high accuracy fix, the location framework will first try to satisfy the request through GPS and will infer location using beacons only if the GPS fix fails.  The Windows Phone 7 Camera application, however, requests both a high accuracy fix and a default accuracy fix.  As a result, the location framework seeks to resolve location using both GPS and available beacons.)

9. *The Orion Database*.  Microsoft's Orion database contains location information on beacons all around the world.  After the location framework on the phone collects information on the beacons it sees, it may transmit a hash of the unique identifiers (i.e., an abridged series of numbers derived from the full identifier, which permits matching while obscuring the full identifier) for the beacons it sees to Microsoft's cloud-based location service, known as Orion.  If the Orion service has location data for those beacons (i.e., latitude and longitude information), it returns an approximate location to the location framework, which the framework returns to the requesting application.  In addition, Orion returns "tiles" to the location framework on the phone containing location information in Orion's database for all known beacons in the vicinity of the beacons recently transmitted by the user's phone.  The tiles are best visualized as rectangular excerpts from Orion's larger map of beacons in the area.  (The size of the tile will depend on the density of beacons.  Thus, a tile covering beacons in downtown Seattle might cover a small geographic area, while a tile in Okanogan County would cover a larger geographic area—but contain a similar number of beacons.)  Orion will return not only the tile with information on the specific beacons seen by the device, but also adjacent tiles with location information for other nearby beacons.  (In general, Orion will download nine tiles, visualized as a square with three tiles on each side, and the tile where the user is located in the middle of the square.)  Windows Phone 7 then stores the tiles on the phone, where they will be available to resolve future location requests efficiently without taking the time, power, and bandwidth necessary to communicate with Orion.

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 5
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

10. ***Resolving Location Through Tiles***. The quickest and most efficient way to obtain a location fix is to resolve location from information stored in memory on the phone, without sending or receiving information from off the device. As a result, Microsoft designed Windows Phone 7 so location framework resolves location requests using data already on the phone, if possible: before sending a location request to Microsoft's Orion location service, the location framework tries to resolve location through information located in random access memory ("RAM") on the phone itself. In other words, if an application makes a location request and the location framework can resolve that request by using the tiles previously received from Orion and stored in RAM, it will do so without transmitting anything to Orion. That means if a user stays in the general vicinity covered by stored tiles, location requests will be resolved on the device without transmitting any data to Microsoft's location service. The location framework sends a location request, with associated data, to Microsoft's servers *only* if the tiles stored in RAM cannot resolve the user's location. This means a user who lives and works in the same general area will commonly have location requests resolved using tiles previously delivered by Orion and stored on the phone.

11. ***Example of Resolving Location on the Device***. A simple example illustrates how this process works. If a user opens the Maps application to get directions and keeps the Maps application open as she travels, the location framework will provide updated location information as she moves, allowing her to receive turn-by-turn directions. If the user travels outside the area covered by tiles already stored on the phone, the phone will ask Orion to send new tiles covering beacons seen by the device and not previously known, and the tiles will be stored on the phone. Once the user arrives at her destination, she may turn off Maps—but the tiles will remain stored in RAM on her phone. If she then opens the Camera application to take a picture and the Camera requests location from the location framework, that request will be resolved ***on the device*** (using the recently downloaded tiles through the use of the Maps application) ***without any communication to Orion***. Similarly, if the user then closes the Camera and opens Maps to get directions to a nearby restaurant, that request as well will be resolved on

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 6
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

the device itself, as long as the restaurant is within the area covered by the downloaded tiles. If the user stays at her destination for a few days (for example, if she is vacationing there), all of her Windows Phone 7 location requests during that period could be resolved using the tiles downloaded during her initial use of the Maps application, without any further communication to Microsoft's servers.

12.   *Absence of Any Record of Transmissions*.  In the scenario described in paragraph 11, the user knows only that Windows Phone 7 obtained the necessary location information; she has no way to know whether location framework used data on the phone or data from Orion (or a GPS fix) to resolve the application's request.  Further, the Windows Phone 7 device does not store any information from which one could determine whether location framework resolved a particular request on the phone itself or through Orion.  And Microsoft has no record of (or way to know about) location requests resolved on the phone itself using tiles stored in RAM.  (I am aware Orion likewise collects no information allowing Microsoft to determine whether a particular device transmitted a location request.)

13.   *Impact of Find My Phone on Stored Data*.  Windows Phone 7 has an application called Find My Phone, which allows a user who has misplaced her phone to access her account on the web and then find the phone on a map.  Find My Phone works only if the phone is transmitting location data.  Thus, once a user activates Find My Phone, the device periodically (i.e., roughly every 4 hours) requests location—even if the master location switch has been turned "off."  When Orion receives that location request, it will download tiles, just as it does when it receives location requests from any other application.  As a result, a Windows Phone 7 user who activates Find My Phone will have tiles on the device frequently refreshed even if the user turns the master location switch "off"—increasing the likelihood that another application's request for location will be resolved on the phone without communicating with Orion.  Thus, if someone turns on Find My Phone and leaves it on, then uses the Camera application without traveling since the last location call by Find My Phone, the Camera will resolve location based

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 7
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

on tiles stored on the phone as a result of the periodic location updates through Find My Phone, without transmitting any information about location to Microsoft.

14. ***Duration and Disposition of Tiles***. Tiles generally stay on the device for ten days before Windows Phone 7 considers them to be stale. Tiles also may be replaced by newer tiles if the new tiles cannot be accommodated on the device without older tiles being deleted. Once tiles are unloaded from memory, they disappear. The information contained on the tiles is not communicated back to Microsoft or anywhere else, and the device has no record of unloaded tiles.

15. ***Uncertainty of Locating Beacons***. The previous paragraphs all assume the location framework on the phone sees beacons when it receives a location request from an application. But beacons are not always visible to the Windows Phone 7 device. People who camp, for example, may be out of range of cell towers and WiFi routers, meaning their Windows Phone 7 device will not see any beacons. In that event, location framework will not (indeed, cannot) communicate any location information back to Orion. Instead, the framework would resolve an application's location requests (such as a request by the Camera, if the user wants to tag photos while on a camping vacation) solely by obtaining a GPS fix—which would be available even while camping in a remote area. And when the Windows Phone 7 location framework obtains a location fix using GPS without seeing any beacons, it will not transmit any location information to Microsoft. Thus, just as resolving location locally on the phone occurs without transmitting data back to Microsoft, resolving location while out of range of beacons likewise occurs without sending location data to Orion.

16. ***Crowd Sourcing***. In certain circumstances, a Windows Phone 7 device also may send location data to Microsoft's servers in connection with crowd sourcing location data. Crowd sourcing refers to Microsoft's collection of location data points from Windows Phone devices to improve the coverage and accuracy of the Orion database of WiFi access points and cell towers and to keep the Orion database fresh, so it has location data associated with new beacons or beacons that have moved (as may occur, for example, if a family or business moves

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 8
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

and takes its WiFi router to the new location).  Crowd sourcing may occur when a Windows Phone 7 device obtains a GPS fix while seeing beacons.  The phone collects the GPS data (latitude, longitude, and altitude), associates the location data with the unique identifiers for the beacons it sees, and stores that data in a crowd sourcing buffer in the phone's RAM.  When the Windows Phone 7 software can upload that data without any material impact on the user—such as when the device has a WiFi connection or is already transmitting another location request to Orion through a non-roaming cell phone connection—the device will upload some of the observations to the Orion database, adding new data points and thereby improving Microsoft's location services.

17.  ***Limitations on Collecting Crowd Sourced Data.***  An application's request for location often fails to result in collecting crowd sourced data for the Orion location service.  First, a Windows Phone 7 device often fails to obtain a GPS fix in connection with a location request, and a Windows Phone 7 device collects data for crowd sourcing purposes only when the device obtains a GPS fix.  Because a GPS fix depends on a line of sight from the phone to GPS satellites, a request for location while the user is indoors or in an urban canyon (e.g., on a downtown street with tall buildings on either side) often fails to return a GPS fix, which in turn means no data is stored in the crowd sourcing buffer within the device's RAM.  (This can occur even if a user is standing by a window in a building, depending on whether the window is tinted or has film that would interfere with a GPS signal.)  Thus, for example, if a user opens the Camera application in her office (or outside in mid-town Manhattan, in the midst of tall buildings) and takes a photo with the master location switch turned "on" in the Settings menu, the location framework is unlikely to get a GPS fix and therefore unlikely to collect location data for crowd sourcing purposes.

18.  ***Limitations on Uploading Crowd Sourced Data.***  Even if a Windows Phone 7 device collects and stores location data in the crowd sourcing buffer in RAM, it may never transmit that data to Microsoft's servers.  As explained above in paragraph 16, Windows Phone 7 waits for an opportune time to transmit crowd sourced data to Orion, in an effort to minimize

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 9
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

the impact of the transmission on the user. If the user has only a roaming cell connection (such as, for example, if the user is vacationing in Canada, Mexico, or some other location outside the United States), the device will not upload crowd sourced data. Further, if the user turns off the device (for example, when boarding a plane or attending a movie), runs down the battery, has a service interruption, or fills the crowd sourcing buffer in RAM with new observations (causing the old observations to drop off) before the device has an opportunity to upload previously collected crowd sourced data, the phone will never transmit those observations to Microsoft's Orion location database. And just as a user cannot tell whether an application's request for a location fix results in transmitting location data to Microsoft's servers, the user cannot tell if crowd sourced location data has been collected, stored, or sent to Microsoft's servers when the user's application made a location request.

19. ***Role of Location Framework***. As this Declaration explains, the location framework on a Windows Phone 7 device obtains an application's location request, interacts with the appropriate location resources for resolution, coordinates the logic that leads to a resolution, and then returns a result to the application. GPS satellites may provide the information necessary to resolve the request. The information might also come from the cloud-based Orion location service, either in the form of a location result or in the form of tiles downloaded from Orion that allow the device to resolve location requests without repeated communication to Orion's servers. The Windows Phone 7 device thus functions as the "client" for location services provided by the GPS satellites and Orion.

20. ***Summary***. In summary, determining whether a Windows Phone 7 phone transmits location information to Microsoft as a result of a location request from the Camera application—either for purposes of resolving the location request or in connection with crowd sourcing—requires consideration of a variety of circumstances associated with the particular location request. In many common circumstances, a location request will not result in any communication to Microsoft's Orion location service, either to resolve the location request or to crowd source data that might be obtained as a result of the location request. And any

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 10
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

communication of location information to Microsoft's Orion location service, as described above, is initiated by the location framework on the device *not* by a call from Orion.

21. *Correction of Misstatements*. I have read the Plaintiff's Motion for Class Certification. Although I understand this case involves legal arguments and the parties have different perspectives on the issues, some factual misstatements need to be corrected. The most egregious examples include the following:

    a. Page 4, line 4 of the Motion suggests Microsoft developed its location services database because Apple "had a significant head start." The opposite is true. At the time in question, Apple used Skyhook Wireless, a third party, to provide its location services; it did not even have its own location database.

    b. Page 4, line 10 of the Motion refers to Microsoft "aggressively" crowd sourcing location data. The opposite is true. As explained above, Microsoft carefully limits its collection and transmission of crowd sourced observations to circumstances in which the observations can be uploaded to the Orion database with no material impact on the user in terms of consumption of power or bandwidth.

    c. Page 5, line 15 of the Motion says Microsoft designed "Location Framework … to give Microsoft constant access to a User's location information." That is incorrect. Microsoft receives information about beacons only in the circumstances I described above, and it does not associate beacon information to the whereabouts of a particular user. Microsoft has no interest in any particular user's location—which is why Microsoft implemented process and software changes in May 2011 to ensure all users' location information remained anonymous.

    d. Page 8, lines 4 and 11 of the Motion suggest "Microsoft" accesses data in a user's RAM when location framework attempts to resolve location by accessing tiles stored in RAM. This is absurd. The location framework is a software component in Windows Phone 7, which resides entirely on the device. Microsoft cannot access

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 11
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  location information stored in RAM; indeed, Microsoft does not even have a way to
2  know when location framework accesses RAM to resolve a location request.
3  I declare under penalty of perjury that the foregoing is true and correct.
4  Executed this 4th day of October, 2013, at Redmond, Washington.

*[signature]*

Cristina del Amo Casado

DEL AMO CASADO DECL. IN OPP. TO MOTION
FOR CLASS CERTIFICATION (2:11-cv-01438-JCC) — 12
DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 7th day of October, 2013.

Davis Wright Tremaine LLP
*Attorneys for Microsoft Corporation*

By *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com

CERTIFICATE OF SERVICE — 1

DWT 22644875v6 0025936-001471

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700